# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John C. Bridges, a/k/a Jesus Christ Beelzebub, | ) ) **ORDER DENYING MOTION FOR RECONSIDERATION** |
| Petitioner, | ) |
| vs. | ) |
| Leann Bertsch, Director, North Dakota Department of Corrections and Rehabilitation, | ) ) ) ) Case No. 1:18-cv-219 |
| Respondent. | ) |

On February 27, 2019, the Court issued an order granting the Respondent's Motion to Dismiss and denying the Petitioner's habeas petition with prejudice. On March 22, 2019, the Petitioner filed a Motion for Reconsideration. He asserts that the Court erred by construing one of his filings as a supplement to his habeas petition as opposed to a motion to amend it.

The Court finds no basis for reconsidering its previous order. The Petitioner's habeas petition is timed-barred for the reasons articulated in the Court's order of February 27, 2019. The Petitioner's Motion for Reconsideration (Doc. No. 29) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court